**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:  **LARRY GENE DAVIS & PATRICE ANN HARLAN**

                  Case Number: 19-47469 PJS
                  Chapter 13
Debtor.                Judge SHEFFERLY

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
 (248) 443-7033
_____/

Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to: (check ONE of the following)

1. __X__ Request confirmation of the debtor's plan, even through all timely objections have not been resolved. I have or will e-mail to the Trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a.) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

  Trustee Objections:
  1. Increase upon completion of domestic support obligation. Response: OCP will provide.
  2. Direct payment of Ally Financial lease. Response: the OCP appropriately rejects the Debtor's interest in the lease.

  Creditor #1: GM Financial/Americredit
  Objections: Proposed value and interest rate. Response: Debtor anticipates resolving with the proposed OCP.

              /s/ Christopher W. Jones
              Christopher Jones P67955
              Acclaim Legal Services, P.L.L.C.
              8900 E. 13 Mile Road
              Warren, MI 48093
              248-443-7033
              filing@acclaimlegalservices.com